## William B. Hall, Appellee, v. Carrie Shinadle, Appellant.

### Gen. No. 44,403.

opinion filed December 15, 1948; released for publication January 5, 1949. Eugene R. Ward, for appellant; Stephen M. Fleming, of counsel; Andalman & Andalman, for appellee; Avrum N. Andalman, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.

## Mamie Biggott and John Biggott, Appellees, v. Lillian Wadas and Le Roy Mrugacz, Appellants.

### Gen. No. 44,476.

opinion filed December 15, 1948; released for publication January 5, 1949. Herbert M. Wetzel, for appellants; Edward Stasukaitis and Walter S. Kurek, of counsel; no appearance for appellees. Opinion by JUSTICE KILEY. Not to be published in full.